THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES T. BAIRD and Others.—

Motion granted and the time of the appellants within which to file the record on appeal and appellants' points extended to and including November 22, 1930, with notice of argument for December 16, 1930, on condition that defendants surrender themselves within five days from date of entry of order, in execution of the judgment of conviction herein; otherwise, denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.